# In the United States Court of Federal Claims

No. 05-516T
Filed: May 2, 2008

***********************************
*
ALLEGHENYINTEL, LLC *
d/b/a PENNSWOOD.NET, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to the parties' April 30, 2008 Stipulated Motion, the court hereby directs the Clerk of the United States Court of Federal Claims to dismiss the above-entitled case with prejudice and without costs.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge